**SO ORDERED.**

**SIGNED this 31st day of January, 2011.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-54294-C |
| | § | |
| DAVID S. SMITH | § | |
| KASANDRA L. SMITH | § | |
| | § | |
| DEBTORS | § | CHAPTER 13 |

**ORDER GRANTING DEBTOR'S OBJECTION TO PROOF OF CLAIM
HSBC BANK NEVADA, N.A. (BEST BUY CO., INC.)**

The objection of the above-named Debtor, to the allowance of the proof of claim of **HSBC BANK NEVADA, N.A. (BEST BUY CO., INC.)**, filed herein in the amount of $1,596.44 having been heard on this date. The Court **FINDS** that the Motion of Debtors is well taken and should be granted.

It is therefore **ORDERED** that the Objection of debtor to the claim of **HSBC BANK NEVADA, N.A. (BEST BUY CO., INC.)** is

**GRANTED**, and that the claim filed by **HSBC BANK NEVADA, N.A. (BEST BUY CO., INC.)** is **DISALLOWED**.

###

Prepared by: David P. Volkman, Attorney for Debtor, 8207 Callaghan, #210, San Antonio, Texas 78216 (210) 348-6800